ANNA GAREMCHUK, as Administratrix of the Estate of GAVRIL GAREMCHUK, Deceased, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

Argued March 5, 1940; decided April 9, 1940.

*Lindsay R. Henry* for appellant.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LOUGHRAN and SEARS, JJ.